AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:23-mj-00317 PK |
| | ) | |
| JAVIER CATALAN BAHENA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAVIER CATALAN BAHENA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(5) - alien in possession of a firearm.

Date:   04/07/2023

*Issuing officer's signature*

City and state:   Salt Lake City, UT

Magistrate Judge Paul Kohler
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-7-23 , and the person was arrested on *(date)* 4-11-23
at *(city and state)*

Date: 04-14-2023

*Arresting officer's signature*

O. Deleon   ATF
*Printed name and title*